FILE COPY



COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MICHAEL ANDREW FOREMAN, | § | No. 08-13-00042-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Crim Ct No 9 |
| THE STATE OF TEXAS, | § | of Tarrant County, Texas |
| Appellee. | § | (TC# 1196029) |
| | § | |

# O R D E R

The Court GRANTS the State's third motion for extension of time to file the brief until **December 26, 2013.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Charles M. Mallin, the State's Attorney, prepare the State's brief and forward the same to this Court on or before December 26, 2013.

IT IS SO ORDERED THIS 11TH DAY OF DECEMBER, 2013.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.